Zachary Nightingale (California Bar # 184501)
Helen Beasley (California Bar # 279535)
Van Der Hout LLP
180 Sutter Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 981-3000
Fax: (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Plaintiff
R.R.M.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.R.M.,<br><br>  Plaintiff,<br><br>  v.<br><br>LAURA B. ZUCHOWSKI, Director, Vermont Service Center; and U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>  Defendants. | Case No.  3:21-cv-08221<br><br>[~~PROPOSED~~] ORDER RE PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM<br><br><u>Immigration Case, Administrative Procedure Act Case</u> |

[PROPOSED] ORDER GRANTING PL R.R.M.'S
MOT. TO PROCEED UNDER PSEUDONYM

1    Upon consideration of R.R.M.'S Motion to Proceed Under a Pseudonym and for
2    Protective Order, and good cause appearing therefore, the motion is **GRANTED**, and **IT IS**
3    **FURTHER ORDERED** that:

    (a) The parties shall refer to R.R.M. by the pseudonym R.R.M. or Ms. R.M. in all filings and public proceedings;

    (b) The parties shall redact all personally identifying information, including Plaintiff's true full name (leaving only initials), from all filings consistent with Federal Rule of Civil Procedure 5.2.

Dated: October 22, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge

[PROPOSED] ORDER GRANTING PL R.R.M.'S
MOT. TO PROCEED UNDER PSEUDONYM

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 21, 2021 | Respectfully submitted, |
| 3 | | |
| 4 | | /s/Zachary Nightingale |
| 5 | | Zachary Nightingale<br>Helen Beasley |
| 6 | | Attorneys for Plaintiffs |

[PROPOSED] ORDER GRANTING PL R.R.M.'S
MOT. TO PROCEED UNDER PSEUDONYM